FILED

5/13/2026

JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:26-cr-00226**<br>**Judge Steven C. Seeger**<br>**Magistrate Judge Laura K. McNally**<br>**Random/Cat 3** |
|  | ) |  |
| v. | ) | Violation: Title 26, United States<br>Code, Section 7206(1) |
|  | ) |  |
| STUART J. BERNSEN | ) |  |
|  | ) |  |
|  | ) | **INFORMATION** |
|  | ) |  |
| _____ | ) |  |

The UNITED STATES DEPARTMENT OF JUSTICE, CRIMINAL DIVISION charges:

On or about October 21, 2020, in the Northern District of Illinois and elsewhere,

STUART J. BERNSEN,

defendant herein, willfully made and subscribed a false U.S. Individual Income Tax Return (Form 1040 and accompanying schedules and statements) in his own name for the calendar year 2019, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the IRS, and which defendant did not believe to be true and correct as to every material matter. That return contained the following falsities, among others:

a.      The return included a declaration that the return and accompanying schedules and statements were true, correct, and complete. In fact, defendant knew the return was not complete because it failed to report income earned from various income producing businesses and activities;

1

b.      The return reported on Form 1040, Line 11b, Taxable income of $633,636, whereas, as defendant knew, he received taxable income in excess of that amount; and

c.      The return reported on Form 1040, Line 16, total tax of $97,659, whereas, as defendant knew, he owed tax in excess of that amount.

In violation of Title 26, United States Code, Section 7206(1).

Dated: May 12, 2026

A. TYSEN DUVA
Assistant Attorney General
Criminal Division

BORIS BOURGET
MAHANA K. WEIDLER
Trial Attorneys
Criminal Division, Tax Section
U.S. Department of Justice

2